*Friday, February 19, 1999*

## MOTION DOCKET

**98–856. Headley v. Ohio Govt. Risk Mgt. Plan.**
Muskingum App. No. CT970017. This cause is pending before the court as an appeal from the Court of Appeals for Muskingum County.

IT IS ORDERED by the court, *sua sponte*, that the oral argument currently scheduled for February 24, 1999, be continued until further order of this court.

**98–1460. Headley v. Ohio Govt. Risk Mgt. Plan.**
Muskingum App. No. CT970022. This cause is pending before the court as an appeal from the Court of Appeals for Muskingum County.

IT IS ORDERED by the court, *sua sponte*, that the oral argument currently scheduled for February 24, 1999, be continued until further order of this court.

*Monday, February 22, 1999*

## MOTION DOCKET

**99–184. Ameritech Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–922–TP–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the joint motion for procedural stay and request for expedited ruling,

IT IS ORDERED by the court that the motion for procedural stay and request for expedited ruling be, and hereby are, granted, and proceedings in this case are stayed pending further order of this court.

IT IS FURTHER ORDERED by the court, *sua sponte*, that the parties shall file notice in this court upon resolution of case No. C2–99–074 pending in the United States District Court for the Southern District of Ohio, Eastern Division.

PFEIFER, J., dissents.
RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS

**99–323. State v. Conrad.**
Hamilton App. No. C–980262. On February 10, 1999, appellant filed a memorandum in support of jurisdiction without a copy of the court of appeals' opinion and judgment entry being appealed. S.Ct.Prac.R. III(1)(D) requires that a copy of the court of appeals' opinion and judgment entry being appealed shall be attached to the memorandum. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

*Wednesday, February 24, 1999*

## MOTION DOCKET

**99–127. State v. Adelman.**
Summit App. No. 18824. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On February 16, 1999, appellee filed a memorandum in response that exceeds the page limit prescribed by S.Ct.Prac.R. II(2)(B). Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the memorandum in response be, and hereby is, stricken.